GOODEN, APPELLANT, *v.* BRADSHAW, WARDEN, APPELLEE.

[Cite as *Gooden v. Bradshaw*, 132 Ohio St.3d 45, 2012-Ohio-2013.]

*Habeas corpus—Sentencing error—Adequate remedy by way of appeal—Writ denied.*

(No. 2011-1943—Submitted April 24, 2012—Decided May 8, 2012.)

APPEAL from the Court of Appeals for Richland County, No. 11CA55, 2011-Ohio-5300.

————————————

**Per Curiam.**

{¶ 1} We affirm the judgment of the court of appeals denying the petition of appellant, Jesse L. Gooden, for a writ of habeas corpus to compel his immediate release from prison. Gooden had an adequate remedy by way of appeal to raise his claim of sentencing error. *Roberts v. Knab*, 131 Ohio St.3d 60, 2012-Ohio-56, 960 N.E.2d 457, ¶ 1. And as the court of appeals recognized, "[t]he different numbering of the counts in the indictment and verdict forms was neither error nor prejudicial to" Gooden. *Gooden v. Bradshaw*, 5th Dist. No. 11CA55, 2011-Ohio-5300, ¶ 3. *See State v. Washington*, 9th Dist. No. 18199, 1997 WL 775666, *7 (Nov. 26, 1997).

Judgment affirmed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

————————————

Jesse L. Gooden, pro se.

Michael DeWine, Attorney General, and Gene D. Park, Assistant Attorney General, for appellee.

————————————